IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

05 MAY 24  PM 2: 05

OFFICE OF THE CLERK

| | |
|---|---|
| HOWARD LANGFORD, | Case No. 8:02CV207 |
| Plaintiff, | |
| vs. | ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE |
| ALEGENT HEALTH, | |
| Defendant. | |

THIS MATTER comes before the Court on the stipulation of the parties to dismiss this case with prejudice. Having reviewed the pleadings and with the consent of all parties, the Court orders that this lawsuit is dismissed with prejudice, each party to bear its own costs and fees.

DATED this 24 day of May, 2005.

BY THE COURT:

*(signature)*

U.S. DISTRICT COURT JUDGE

PREPARED AND SUBMITTED BY:

*(signature)*

Tiernan T. Siems - #21328
Erickson & Sederstrom, P.C.
10330 Regency Parkway Drive, Suite 100
Omaha, NE 68114
(402) 397-2200
ATTORNEY FOR DEFENDANT

AND

*(signature)*

Howard Langford
2210 North 40th Street
Omaha, NE 68111
(402) 551-9203
PLAINTIFF (PRO SE)